**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL COURTS HESTER, | ) | NO. CV 09-5525-JVS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES SHERIFF DEPT., et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 20, 2009.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE